IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIANA FLEMING, § § **Plaintiff,** § § v. § § ASSOCIATED CREDIT SERVICES, § INC., § § **Defendant.** § § | Civil Action No. 2:16-cv-03382-KM-MAH |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: March 6, 2019

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

JAMES S. MURPHY, ESQ.
GARRITY, GRAHAM, FAVETTA & FLINN, PC
72 Eagle Rock Avenue, Suite 350
P.O. Box 438
East Hanover, NJ 07936
Phone: (973) 509-7500
Fax: 973-509-0414
Email: scott.murphy@jhu.edu
Attorneys for Defendant

Dated: March 6, 2019           By: /s/ Amy L. Bennecoff Ginsburg
                                   Amy L. Bennecoff Ginsburg, Esq.
                                   Kimmel & Silverman, P.C.
                                   30 E. Butler Avenue
                                   Ambler, PA 19002
                                   Tel: 215-540-8888
                                   Fax: 215-540-8817
                                   aginsburg@creditlaw.com