**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DIANA FLEMING, | § § | |
| Plaintiff, | § § | Civil Action No. 2:16-cv-03382-KM-MAH |
| v. | § § | |
| ASSOCIATED CREDIT SERVICES, INC., | § § | |
| Defendant. | § § § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ James S. Murphy

James S. Murphy, Esq.
Garrity, Graham, Favetta & Flinn, PC
P.O. Box 438
East Hanover, NJ 07936
Phone: 973-509-0414
Email: jsm@garritygraham.com
Attorney for the Defendant

Date: May 17, 2019

/s/ Amy L. Bennecoff Ginsburg

Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: May 17, 2019

**SO ORDERED**

Kevin McNulty, U.S.D.J.

Date: 5/20/19

BY THE COURT:

_____ J.